IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JONATHAN TASAKI
Reg. #24800-076                                                                     PETITIONER

v.                          No. 2:15-cv-107-DPM

C. V. RIVERA, Warden, Forrest City
Low Federal Correctional Complex                                        RESPONDENT

ORDER

Unopposed recommendation, № 7, adopted as modified. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). This Court lacks subject matter jurisdiction over a moot dispute. Tasaki's petition will be dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 October 2015