IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JONATHAN TASAKI
Reg. #24800-076                                                                    PETITIONER

v.                            No. 2:15-cv-107-DPM

C. V. RIVERA, Warden, Forrest City
Low Federal Correctional Complex                                    RESPONDENT

## JUDGMENT

Tasaki's petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

29 October 2015